LATHAM & WATKINS LLP
  Jeffrey G. Homrig (SBN 215890)
*jeff.homrig@lw.com*
  S. Giri Pathmanaban (SBN 284802)
*giri.pathmanaban@lw.com*
  Brett M. Sandford (SBN 302072)
*brett.sandford @lw.com*
  Emily H. Chen (SBN 302966)
*emily.chen@lw.com*
  Ravi U. Antani (SBN 312613)
*ravi.antani@lw.com*
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600 / (650) 463-2600 Fax

LATHAM & WATKINS LLP
  Thomas W. Yeh (SBN 287118)
*thomas.yeh@lw.com*
355 South Grand Avenue
Los Angeles, CA  90071-1560
(213) 485-1234 / (213) 891-8763 Fax

*Attorneys for Plaintiff*
JOSEPH E. GAXIOLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH E. GAXIOLA,<br><br>             Plaintiff,<br><br>     v.<br><br>DR. M. SAYRE; F.N.P. SUE RISENHOOVER; DR. C. WILLIAMS; R.N. K. VAIL,<br><br>             Defendants. | CASE NO. 3:13-cv-01989-WHA (PR)<br>Order re:<br>**STIPULATION TO DISMISS DEFENDANTS DR. CLAIRE WILLIAMS, III AND REGISTERED NURSE KAY VAIL** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Order re:

Case No. 3:13-cv-1989-WHA (PR)
STIPULATION TO DISMISS DEFENDANTS
WILLIAMS AND VAIL

Plaintiff Joseph E. Gaxiola ("Plaintiff") and Defendants Dr. Michael Sayre, F.N.P. Sue Risenhoover, Dr. Claire Williams III, and Nurse Kay Vail (collectively, "Defendants"), acting through their attorneys, hereby stipulate and agree as follows:

1. Plaintiff dismisses with prejudice all claims against Defendant Dr. Claire Williams, III.

2. Plaintiff dismisses with prejudice all claims against Defendant Nurse Kay Vail.

3. Dr. Williams and Nurse Vail have no counter claims against Plaintiff.

4. Each party is to bear their own costs and attorney's fees with regard to these dismissed claims.

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 22, 2017.

_____
The Honorable William ~~H.~~ Alsup
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Order re: 1    Case No. 3:13-cv-1989-WHA (PR)
STIPULATION TO DISMISS DEFENDANTS
WILLIAMS AND VAIL