IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH E. GAXIOLA,

    Plaintiff,

v.

DR. M. SAYRE, et al.,

    Defendant.

        /

No. C 13-01989 WHA

**ORDER TO SHOW CAUSE**

On March 28, the parties attended a settlement conference before Judge Corley. The minute entry for that conference indicates that the case settled (Dkt. No. 74). Now, a month later, no stipulated dismissal has been filed. By **MAY 16 AT NOON** the parties shall **SHOW CAUSE** in writing why the case should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: May 10, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE