LATHAM & WATKINS LLP
  Jeffrey G. Homrig (SBN 215890)
*jeff.homrig@lw.com*
  S. Giri Pathmanaban (SBN 284802)
*giri.pathmanaban@lw.com*
  Brett M. Sandford (SBN 302072)
*brett.sandford @lw.com*
  Emily H. Chen (SBN 302966)
*emily.chen@lw.com*
  Ravi U. Antani (SBN 312613)
*ravi.antani@lw.com*
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600 / (650) 463-2600 Fax

LATHAM & WATKINS LLP
  Thomas W. Yeh (SBN 287118)
*thomas.yeh@lw.com*
355 South Grand Avenue
Los Angeles, CA 90071-1560
(213) 485-1234 / (213) 891-8763 Fax

Attorneys for Plaintiff
JOSEPH E. GAXIOLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH E. GAXIOLA,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. M. SAYRE; F.N.P. SUE RISENHOOVER; DR. C. WILLIAMS; R.N. K. VAIL,<br><br>    Defendants. | CASE NO. 3:13-CV-01989-WHA (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER FOR
VOLUNTARY DISMISSAL WITH PREJUDICE
Case Number: 3:13-cv-01989-WHA

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Joseph E. Gaxiola ("Plaintiff") and Defendants Dr. Michael Sayre, Family Nurse Practitioner Sue Risenhoover (collectively, "Defendants"), acting through their attorneys, hereby stipulate and agree as follows:

1. Plaintiff dismisses with prejudice all claims against Defendants.
2. Defendants have no counter claims against Plaintiff.
3. Each party is to bear their own costs and attorney's fees with regard to these dismissed claims.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 16, 2017.

_____
The Honorable William Alsup
United States District Judge

---

[1] In accordance with Local Rule 5-1(i)(3), I, Brett M. Sandford, hereby attest that I have the concurrence of Micah C.E. Osgood in the filing of this stipulation. */s/ Brett M. Sandford*.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

STIPULATION AND [PROPOSED] ORDER FOR
VOLUNTARY DISMISSAL WITH PREJUDICE
Case Number: 3:13-cv-01989-WHA